CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

SEP 2 0 2007

JOHN F. CORCORAN, CLERK
BY:
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| LEON MARTIN,<br>    Petitioner, | Civil Action No. 7:07-cv-00436 |
| v. | **FINAL ORDER** |
| GENE JOHNSON, DIRECTOR,<br>    Respondent. | By: Hon. James C. Turk<br>Senior United States District Judge |

In accordance with the accompanying memorandum opinion, it is hereby

ADJUDGED AND ORDERED

that this action, filed as a petition for a writ of habeas corpus, pursuant to 28 U.S.C. § 2241, is hereby **CONSTRUED AND DISMISSED** as a successive petition for habeas corpus, pursuant to 28 U.S.C. § 2254, and is hereby stricken from the active docket of the court.

The Clerk is directed to send copies of this order and the accompanying memorandum opinion to petitioner.

ENTER: This 20th day of September, 2007.

                    /s/ James C. Turk
                    Senior United States District Judge